# BleakleyPlatt
### ATTORNEYS AT LAW

Susan E. Galvão
(914) 287-6193

**BLEAKLEY PLATT & SCHMIDT, LLP**
NEW YORK | CONNECTICUT

October 12, 2022

Via ECF
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Bell Semiconductor, LLC v ASMedia Technology, Inc.*
         1:22-cv-07307-LGS

> **Application GRANTED.** The initial pretrial conference scheduled for October 26, 2022, is adjourned to **November 30, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **November 23, 2022, at 12:00 P.M.**
>
> Dated: October 14, 2022
>            New York, New York
>
> *[signature]*
> **Lorna G. Schofield**
> **United States District Judge**

Dear Judge Schofield,

    This office represents the plaintiff, Bell Semiconductor, LLC, in the above-referenced action, which has been assigned to Your Honor. By Order dated September 15, 2022 (ECF No. 9), this Court scheduled a conference for October 26, 2022, and directed the parties to submit a joint letter on or before October 19, 2022. The purpose of this letter motion is to request that the conference date and associated filing deadlines in the Order be adjourned for at least thirty days, to allow plaintiff additional time to complete service or to move for and effectuate alternate service under FRCP 4(f)(3).

    At this time, service on the defendant, ASMedia Technology, Inc. – a foreign company with a principal place of business in Taiwan – has not yet been completed. Through counsel, plaintiff recently requested that defendant waive service of process, pursuant to FRCP Rule 4(d). However, as of the date of this letter, defendant has not yet indicated whether it will agree to waive and accept service of the Summons and Complaint. Given that defendant is a foreign entity and that Taiwan is not a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents, it is anticipated that plaintiff may have to move this Court for approval of an alternate form of service, pursuant to FRCP 4(f)(3). We plan to file such a motion within three weeks of the date of this letter, unless defendant sooner waives and accepts service.

    In view of the above, and until such time as service is completed on the defendant, it is respectfully submitted that it is premature to conference this action. Accordingly, plaintiff requests that the conference be adjourned for at least thirty days. No prior requests for this relief have been made.

    We will await further instructions from the Court. Thank you for your time and consideration of this request.

Respectfully,

*[signature]*
Susan E. Galvão

SEG:crf