

BLEAKLEY PLATT & SCHMIDT, LLP

NEW YORK | CONNECTICUT

Adam Rodriguez, Esq.
Direct: 914-287-6145
Email: ARodriguez@bpslaw.com

November 23, 2022

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Bell Semiconductor, LLC v. ASMedia Technology, Inc.
      1:22-cv-07307-LGS

**Application GRANTED.** The initial pretrial conference scheduled for November 30, 2022, is adjourned to **December 14, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **December 7, 2022, at 12:00 P.M.**

Dated:  November 28, 2022
        New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield,

    This office represents the plaintiff, Bell Semiconductor, LLC, in the above-referenced action, which has been assigned to Your Honor. By Order dated October 14, 2022 (ECF No. 20), this Court scheduled a conference for November 30, 2022, and directed the parties to submit a joint letter and proposed case management plan on or before November 23, 2022. The purpose of this letter motion is to jointly request, on behalf of both parties, to adjourn the conference date and associated filing deadlines in the Order for fourteen days to allow the parties additional time to meet and confer.

    The complaint was recently served on November 17, 2022, by alternative means, in accordance with the Order dated November 9, 2022 (ECF No. 24). Given the limited time available and the Thanksgiving holiday week, Defendant ASMedia Technology, Inc. requested through its counsel, and Bell Semic agreed, to jointly request this extension of time to submit the joint letter and proposed case management plan to allow the parties additional time to meet and confer regarding their substance.

    Accordingly, the parties jointly request that the conference be adjourned and the associated filing deadlines be extended by at least 14 days. This is the second request for relief on this issue.

    Thank you for your time and consideration of this joint request.

Respectfully submitted,

*Adam Rodriguez*
_____
Adam Rodriguez

Cc: counsel of record via email