```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   BELL SEMICONDUCTOR, LLC,                                 :
                                 Plaintiff,                 :
                                                            :           22 Civ. 7307 (LGS)
                    -against-                               :
                                                            :                 ORDER
   ASMEDIA TECHNOLOGY, INC.,                                :
                                 Defendant.                 :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 14, 2022;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed patent case management plan.  It is hereby

**ORDERED** that the December 14, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that Defendant shall file a related case statement by **December 14, 2022**, regarding 22 Civ. 9260.  No pre-motion letter or formal motion to consolidate is necessary.  It is further

**ORDERED** that I have already declined to accept 22 Civ. 8166 as related to this case.  The parties may, by **December 14, 2022**, submit a letter stating why these two cases nevertheless should be consolidated pursuant to Federal Rule of Civil Procedure 42.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: December 9, 2022
      New York, New York

                                                 **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**