UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELL SEMICONDUCTOR, LLC,
                           Plaintiff,

              -against-

ASMEDIA TECHNOLOGY, INC.,
                           Defendant,
------------------------------------------------------------X

22 Civ. 7307 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a technology tutorial is scheduled for May 9, 2023, at 10:30 A.M.  It is hereby

**ORDERED** that the technology tutorial is adjourned to **May 11, 2023, at 2:00 P.M.**  The tutorial shall take place by videoconference.  A videoconference link will be sent to the parties in advance.  Access to the hearing will be available on the following conference line: 888-363-4749, access code: 558-3333.  It is further

**ORDERED** that, by **May 3, 2023**, the parties shall file a joint letter explaining the nature of the presentation, including the estimated length of time and from whom the Court will be hearing.

Dated:  May 1, 2023
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**