UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                             :

BELL SEMICONDUCTOR, LLC,           :

                       Plaintiff,   :

                                  :           22 Civ. 7307 (LGS)

            -against-          :

                                  :              ORDER

ASMEDIA TECHNOLOGY, INC.,    :

                      Defendant,  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a technology tutorial was held on May 11, 2023, at 2:00 P.M.  It is hereby

      **ORDERED** that, as discussed at the conference, Defendant shall file its letter motion to

stay the case, or the parties shall file a stipulation to the same, as soon as possible and, in light of

the upcoming deadline for the parties to submit their joint claim construction and prehearing

statement, no later than **May 15, 2023**.

Dated: May 12, 2023
       New York, New York

                                   LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE