UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELL SEMICONDUCTOR, LLC,
                              Plaintiff,

                    22 Civ. 7307 (LGS)

             -against-

                    ORDER

ASMEDIA TECHNOLOGY, INC.,
                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that, in light of the stay entered on May 31, 2023, the conference scheduled for June 28, 2023, at 4:00 P.M. is **canceled**.

Dated: June 26, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**